IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.  1:19CR37 AW

DOMINGO PAEZ-BAUTISTA,
_____/

**DEFENDANT'S MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, DOMINGO PAEZ-BAUTISTA, and requests this Court's order continuing trial in the above styled case and in support would state:

1. The Defendant's trial is scheduled for November19, 2019, at 8:30 a.m.

2. Undersigned counsel anticipates that the Defendant will enter a guilty plea.

3. Additional time is necessary to schedule change of plea hearing and to give the Defendant an opportunity enter his plea.

4. The Defendant herein waives his right to a speedy trial only with regard to the above requested timeframe.

5. Undersigned counsel has conferred with Assistant U. S. Attorney Christopher Elsey who does not object to the granting of this request.

**WHEREFORE**, the Defendant requests this Court's order granting this motion and continuing the currently scheduled trial for approximately thirty (30) days.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that undersigned counsel has conferred with counsel for the United States, Christopher Elsey, and that he has no objection to this motion. I further certify that this motion contains 135 words.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically furnished to Christopher Elsey, Assistant United States Attorney, Gainesville, FL, on this 12th day of November 2019.

Respectfully Submitted,
RANDOLPH P. MURRELL
Federal Public Defender

By: *s/ Darren Johnson*

Darren J. Johnson
Assistant Federal Public Defender
New York Bar No. 4056800
101 S. E. 2nd Place, Suite 112
Gainesville, FL 32601
(352) 373-5823